AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) |
|---|---|
| v. | ) Case No. 2:13-mj-922-GWF |
| ANGEL VERDUSCO-VILLA | ) |
| *Defendant* | ) |

**ORDER SCHEDULING A DETENTION HEARING**

*Received / Served on Counsel/Parties of Record — NOV 22 2013 — Clerk US District Court, District of Nevada, Deputy*

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George Federal Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Before the Honorable Peggy A. Leen, U.S. Magistrate Judge | Courtroom No.: | 3B |
|---|---|---|---|
| | | Date and Time: | November 25, 2013 at 2:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  Nov 22, 2013

*Judge's signature*

GEORGE W. FOLEY, JR., U.S. Magistrate Judge

*Printed name and title*